|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| JAMES ROBINSON and TABERNACLE OF IZM, | | Case No.: 2:18-cv-01047-APG-GWF |
| Plaintiff | | **Order Accepting Report and Recommendation and Order to Show Cause Why Case Should Not Be Dismissed** |
| v. | | |
| LAS VEGAS BISTRO LLC, et al., | | [ECF No. 5] |
| Defendants | | |

On January 25, 2019, Magistrate Judge Foley recommended that I dismiss the complaint's Title VII claim with prejudice and dismiss the First Amendment and breach of contract claims without prejudice. ECF No. 5. Judge Foley set a February 22, 2019 deadline for the plaintiffs to file an amended complaint. *Id.* The plaintiffs did not file objections. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

The plaintiffs also did not file an amended complaint by the February 22 deadline. I will give the plaintiffs one final chance to either file an amended complaint or show cause in writing why this case should not be dismissed. Failure to respond to this order will result in this case being dismissed without prejudice.

/ / / /

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 5) is accepted**.

IT IS FURTHER ORDERED that on or before March 15, 2019, the plaintiffs shall either file an amended complaint consistent with Judge Foley's report and recommendation or show cause in writing why this case should not be dismissed. **Failure to respond to this order will result in this case being dismissed without prejudice.**

DATED this 5th day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE